### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ASHLEY N. WRIGHT, | : | |
| Plaintiff, | : | |
| vs. | : | CA 11-0432-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

### JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner

of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 9th day of April, 2012.

 s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**